AO 91 (Rev. 08/09) Criminal Complaint

FILED by _____ D.C.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

NOV 28 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) |
|---|---|
| v. | ) |
| EDDIE ALFREDO PORROJ-GUZMAN, a/k/a "Luis Toj Tereso" | ) Case No. 12-8463-DLB |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 27, 2012,** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a). | Illegal Reentry After Prior Deportation, in violation of Title 8, United States Code, Sections 1326(a). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

ICE Deportation Officer Andy Korzen
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/28/2012

_____
Judge's signature

City and state: West Palm Beach, Florida

Hon. U.S. Magistrate Judge Dave Lee Brannon
Printed name and title

**AFFIDAVIT
OF
ANDY KORZEN
DEPORTATION OFFICER
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
<u>IMMIGRATION AND CUSTOMS ENFORCEMENT</u>**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in numerous investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Eddie Alfredo PORROJ-GUZMAN, a/k/a "Luis Toj TERESO," has committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about November 27, 2012, an individual identifying himself as "Luis Toj TERESO" was arrested in Palm Beach County, Florida on charge of resisting an officer. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system which resulted in a positive match for an individual previously removed from United States under alien number A079 655 986 with the assigned name of Eddie Alfredo PORROJ-GUZMAN.

1

4. On or about November 28, 2012, I received copies from the immigration alien file bearing control number A079 655 986 corresponding to Eddie Alfredo PORROJ-GUZMAN. Records within this alien file Eddie Alfredo PORROJ-GUZMAN show that he is a native and citizen of Guatemala. Records further show that on or about October 29, 2001, Eddie Alfredo PORROJ-GUZMAN was previously ordered removed from the United States. The Order of Removal was executed on or about December 5, 2001, whereby Eddie Alfredo PORROJ-GUZMAN was removed from the United States and sent back to Guatemala.

5. I performed a records check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Eddie Alfredo PORROJ-GUZMAN filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Eddie Alfredo PORROJ-GUZMAN obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. A Certificate of Non-Existence has been requested from the Bureau of Citizenship and Immigration Services.

6. Further, the fingerprints contained in the alien file of Eddie Alfredo PORROJ-GUZMAN were scanned into the IAFIS system which resulted in a positive match for Eddie Alfredo PORROJ-GUZMAN, an alien who was previously encountered by immigration authorities under alien number A079 655 986 and ultimately removed from the United States. I have also reviewed the photograph of Eddie Alfredo PORROJ-GUZMAN that appears on the warrant of removal from the prior removal under alien number A079 655 986 noted above and compared it with the booking photograph of the person encountered on November 27, 2012, who

3

identified himself as "Luis Toj TERESO." Based upon that comparison, I have confirmed that they appear to be the same person.

7. Based on the foregoing, I respectfully submit that there exists probable cause to believe that, on or about November 27, 2012, Eddie Alfredo PORROJ-GUZMAN, a/k/a "Luis Toj TERESO," an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 28th day of November, 2012.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: EDDIE ALFREDO PORROJ-GUZMAN, a/k/a "Luis Toj T⸺

Pre-trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: JENNIFER C. MILLIEN

Last Known Address: Palm Beach County Jail

West Palm Beach, Florida

What Facility: _____

Agent(s): ICE DO Andy Korzen
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc No. _____

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Jennifer C. Millien (FL Bar No. 171700)
Email: jennifer.millien@usdoj.gov
Assistant U.S. Attorney
jennifer.millien@usdoj.gov
500 S Australian Avenue
Suite 400
West Palm Beach, Florida 33401
TEL: (561) 820-8711
FAX: (561) 805-9846